(October 19, 1921.)

A. F. TAGE, Respondent, v. MINNIE M. SHENON, Appellant.

[201 Pac. 843.]

APPEAL from the District Court of the Sixth Judicial District, for Lemhi County. Hon. Carl A. Davis, Presiding Judge.

Judgment awarding compensation to agent for his services. *Reversed.*

E. W. Whitcomb and A. C. Cherry, for Appellants.

The judgment, to the extent that it awarded the plaintiff a commission, was clearly outside the pleadings; it was contrary to the theory of the case; it was supported by no prayer; no opportunity was offered to resist the same, and it is therefore void. (23 Cyc. 816, and citations under note 51; *Balfour-Guthrie Inv. Co. v. Sawday,* 133 Cal. 228, 65

Pac. 400; *Orton v. Brown,* 117 Cal. 501, 49 Pac. 583; *McDougald v. Argonaut Land Co.,* 117 Cal. 87, 48 Pac. 1021; *Campbell v. Flannery,* 32 Mont. 119, 79 Pac. 702, 80 Pac. 240.)

J. M. Stevens, for Respondent.

No direct testimony was offered by either party as to the reasonable value of the services of the agent (respondent). In such event it is unquestionably within the province and power of the court, sitting in equity without a jury, to himself determine such fact, especially where he has heard in detail the services performed and the value of the thing purchased.

Equitable relief may be adapted to the circumstances of the case. There is no limit to the variety of decrees in this regard. (*Robinson v. Clark,* 76 Me. 493; 16 Cyc. 478, 479.)

RICE, C. J.—This appeal is from only so much of the judgment as requires appellant to pay to respondent the sum of $500 as reasonable compensation for services rendered as agent.

Appellant specifies as error that there was no evidence to support the finding of the court upon which that portion of the judgment was based. This assignment is well taken. The transcript contains no evidence on this matter. It is unnecessary to consider the other assignments of error.

The portion of the judgment appealed from is reversed, with costs to appellant.

Budge, McCarthy, Dunn and Lee, JJ., concur.